# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Francisco De La Cruz-Felix,<br>a.k.a.: Francisco Ernesto De La Cruz-Felix,<br>a.k.a.: Francisco Ernesto Delacruz,<br>(A 088 364 344)<br>*Defendant* | )<br>)<br>) Case No. 17-9143 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 22, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey P.S. for AUSA Cassie Bray Woo

☒ Continued on the attached sheet.

*Complainant's signature*
Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 24, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On March 22, 2017, Francisco De La Cruz-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about November 22, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On March 22, 2017, at or near Phoenix, in the District of Arizona, Francisco De La Cruz-Felix, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On March 22, 2017, the Federal Bureau of Investigation (FBI) arrested Francisco De La Cruz-Felix on charges of attempted narcotics for sale, at or near Phoenix, Arizona. FBI Special Agent Dees suspected De La Cruz-Felix to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Deportation Officer B. Hall telephonically examined De La Cruz-Felix and determined him to be a citizen of Mexico, illegally present in the United States. On March 23, 2017, De La Cruz-Felix was turned over to the Phoenix ICE office for further investigation and processing. De La Cruz-Felix was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Francisco De La Cruz-Felix to be a citizen of

Mexico and a previously deported alien. De La Cruz-Felix was removed from the United States to Mexico through Calexico, California on or about November 22, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of De La Cruz-Felix in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Francisco De La Cruz-Felix in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had De La Cruz-Felix presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that De La Cruz-Felix entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. De La Cruz-Felix's immigration history was matched to him by electronic fingerprint comparison.

5. On March 23, 2017, Francisco De La Cruz-Felix was advised of his constitutional rights. De La Cruz-Felix freely and willingly declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or

about March 22, 2017, Francisco De La Cruz-Felix, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about November 22, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on March 22, 2017, at or near Phoenix, in the District of Arizona, De La Cruz-Felix, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of March, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge